In the Matter of the Probate of the Will of ELSA M. L. PEABODY, Deceased. LOUIS K. GREEN et al., Appellants; FRANCES GRAY, Respondent.—

Present — Foster, P. J. Heffernan, Brewster, Bergan and Coon, JJ.